IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TELISA DE'ANN BLACKMAN | § | |
| Petitioner, | § § § | |
| VS. | § § | NO. 3-05-CV-1874-P |
| DOUGLAS DRETKE, Director Texas Department of Criminal Justice, Correctional Institutions Division | § § § § § | |
| Respondent. | § § | |

**ORDER**

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby accepted as the Findings of the Court. Petitioner's motion for relief from judgment is granted. This case is to be reopened and re-referred to the magistrate judge for further proceedings.

SO ORDERED this 21st day of December 2005.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE